UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 20-16084 |
| V. | : | CRIMINAL ACTION |
| Shavone McKenzie | : | ORDER OF RELEASE |

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

(x) Reporting, as directed, to U.S. Pretrial Services;

(x) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

(x) Mental Health testing/treatment as directed by U.S. Pretrial Services;

(x) The defendant shall appear at all future court proceedings;

( ) Other: _____

_____s/ Shavone McKenzie_____  _____9/9/2020_____
DEFENDANT                      DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____/s/ Anthony R. Mautone_____
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

_____9/9/20_____
DATE